FILED '07 JUN 21 15:01 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RICHARD ERNEST LOWDEN,

Petitioner,

v.  Civil No.: 07-593-TC

COOS COUNTY COMMUNITY CORRECTIONS,

Respondent.

## FINDINGS AND RECOMMENDATION

Petitioner was ordered on May 14, 2007, to show cause in writing by June 18, 2007, why this petition should not be denied and this proceeding dismissed on the grounds that it is time barred. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: June 21, 2007.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION